```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**PINNACLE AIR, LLC AND**
**SPITFIRE AVIATION PARTS, INC.**                              **PLAINTIFFS**

    **v.**                     **Case No. 09-05078**

**JR LEAR 45-040, LLC**                                         **DEFENDANT**

## O R D E R

Pursuant to 28 U.S.C. § 157 and Local Rule 83.1, this matter is hereby referred to Judge Ben T. Barry, United States Bankruptcy Judge for the Western District of Arkansas.

**IT IS SO ORDERED** this the 3rd day of June 2009.

                                      **/S/JIMM LARRY HENDREN**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**